## GILMOUR v. KENNY.

### (Supreme Court, Appellate Term. November 6, 1903.)

1. PLEADING—MUNICIPAL COURTS—DENIAL.

Under Municipal Court Act, § 150 (Laws 1902, p. 1538), providing that in a Municipal Court the answer must contain a general or specific denial of each material allegation, or of any knowledge or information thereof sufficient to form a belief, an answer that defendant has no knowledge or information sufficient to form a belief as to any of the allegations in the complaint, and therefore denies the same, constitutes a denial.

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by J. Morrison Gilmour against Patrick F. Kenny. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

J. J. Fitzgerald, for appellant.

Moore, Ashley & Linton, for respondent.

FREEDMAN, P. J. Judgment was given for the plaintiff in this action on the ground that the answer raised no issue. The answer was, in substance, as follows: "The defendant has no knowledge or information sufficient to form a belief as to any of the allegations in said complaint, and therefore denies the same." Section 150 of the new Municipal Court act (Laws 1902, p. 1538) provides the form in which an answer may now be set up in a Municipal Court, and is exactly similar to section 500 of the Code of Civil Procedure. The

¶ 1. See Pleading, vol. 39, Cent. Dig. § 245

form used by the appellant herein has been held to be a denial, even without the words, "and therefore denies the same." Meehan v. Harlem Savings Bank, 5 Hun, 439; Grocers' Bank v. O'Rorke, 6 Hun, 18; Flood v. Reynolds, 13 How. Prac. 112.

. Judgment reversed. New trial ordered, with costs to the appellant to abide the event. All concur.